In the Matter of the Petition of WILLIAM M. SULLIVAN to Prove the Last

Will and Testament of AARON BANCROFT, Late of the County of Kings, Deceased. CORNELIA BANCROFT BENNETT, Appellant; CARRIE BANCROFT ARBECAM, Respondent.— Decree and order of the Surrogate's Court of Kings county affirmed, with costs to the respondent. (Matter of Budlong, 126 N. Y. 423.) No opinion. Rich, Putnam and Jaycox, JJ., concur; Blackmar, J., dissents on the ground that there was no evidence of undue influence or fraud which the jury were justified in finding influenced the testamentary disposition exercised several years afterward, with whom Jenks, P. J., concurs.